IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HENRY THIGPEN, *et al.*, <br>    *Plaintiffs* <br><br> v. <br><br> GEO REENTRY, INC. *et al.* <br>    *Defendants* | § § § § § § § § | Cause No. 4:19-cv-02773 |

## **DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE DISTRICT COURT JUDGE:

NOW COMES GEO Reentry, Inc., Defendant in the above styled and numbered cause, and files this Certificate of Interested Parties, and would show unto the Court that the following listed parties have an interest in the outcome of this case.

1. GEO Reentry, Inc. – Florida corporation.
2. GEO Reentry Services, LLC – Florida LLC
3. Municipal Corrections Finance, L.P. – Delaware LP
4. Cornell Corrections of Texas, Inc. – Delaware corporation
5. Cornell Corrections Management, LLC – Delaware LLC
6. The GEO Group, Inc. – Florida corporation, and the parent entity of the entities listed above and any other subsidiary that may liable.

Respectfully Submitted,

By: /s/ Tim Flocos
Tim Flocos, TX Bar No. 24033697
TIM FLOCOS ATTORNEY AT LAW
1411 West Ave., Suite 200
Austin, Texas 78701
Telephone:   512.467.6076
*tim@timflocos.com*

          /s/ Shawn Fitzpatrick_____
Shawn Fitzpatrick, TX Bar No. 00787474
FITZPATRICK & KOSANOVICH, P.C.
P.O. Box 831121
San Antonio, Texas 78283-1121
(210) 408-6793
*skf@fitzkoslaw.com*

**Attorneys for Defendants**

## NOTICE OF ELECTRONIC FILING

I, **TIM FLOCOS**, do hereby certify that I have electronically submitted for filing a correct copy of the foregoing document in accordance with the Electronic Case Files system on this the 12th of August, 2019.

          */s/ Tim Flocos*
          **TIM FLOCOS**

## **CERTIFICATE OF SERVICE**

I, **TIM FLOCOS,** do hereby certify that a true and correct copy of the foregoing instrument has been served on the following interested person(s) on August 1, 2019, via email:

Scott Arnold
The Law Office of Scott Arnold, PC
310 Main Street, Ste. 200
Houston, Texas 77002

Maverick Ray and Matthew Marzak
Maverick Ray and Associates, LLC
310 Main Street, Ste 300
Houston, Texas 77002

*/s/ Tim Flocos*
**TIM FLOCOS**